**United States District Court**
For the Northern District of California

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4    JEROME L. GRIMES,                              No. C 15-80205M CW

5          Plaintiff,

6       v.

7    DUSTIN JOHNSON, et al.,

8          Defendants.

9    _____/

10   JEROME L. GRIMES,                              No. C 15-80238M CW

11         Plaintiff,                               ORDER RETURNING
                                                    COMPLAINTS TO
12      v.                                          PLAINTIFF

13   EDWARD KELLY, JR., et al.,

14         Defendants.

15   _____/

16

17       On December 9, 2005, this Court entered a pre-filing order

18   regarding the cases filed by Plaintiff Jerome Grimes.  The pre-

19   filing order states that if Mr. Grimes files a complaint that is

20   "related to any of the following matters:

21       (1) a diversified group of individuals who commit acts
         of terror against Mr. Grimes, his family and other
22       citizens;

23       (2) an injunction against the defendants to prevent them
         from kidnaping, framing, falsely imprisoning or
24       otherwise terrorizing Mr. Grimes, his family, and other
         citizens;

25       (3) a court order for the defendants to be subjected to
         a lie detector test;

26
         (4) covert terrorism
27

28

it will not be filed unless it presents cognizable claims that are not based on merely conclusory allegations.  Second, no other complaints filed by Mr. Grimes while he is not incarcerated or detained will be filed unless they contain intelligible factual allegations and claims for relief."

The Court has reviewed the above-captioned complaints filed by Mr. Grimes and finds that they shall not be filed because they alleges that Defendants are engaged in covert terrorism.  In addition, Case Number 15-80205 seeks a court order for Defendants to be subjected to a lie detector test.  Mr. Grimes alleges no cognizable causes of action in these complaints.  Moreover, the complaints appears to be based on events that took place in Florida and Louisiana.  Accordingly, it is not clear that this Court is the appropriate venue for any claims arising out of these events.

Because the above-captioned complaints concern matters mentioned in the pre-filing order and present no cognizable cause of action, the Clerk of the Court is ordered not to file them. Instead, the complaints shall be returned to Mr. Grimes.

IT IS SO ORDERED.

Dated: October 28, 2015

CLAUDIA WILKEN
United States District Judge